UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ DEC 30 2005 ★
BROOKLYN OFFICE

-------------------------------------x
UNITED STATES OF AMERICA            :

            -against-               :      04 Cr. 558 (JG)

NACHMAN LICHTER,                    :

                        Defendant.  :
-------------------------------------x

## ORDER

WHEREAS, the Court has previously set bail conditions for defendant Nachman Lichter, requiring, inter alia, that he be subject to home detention with electronic monitoring; and

WHEREAS, the defendant Nachman Lichter, by his counsel, Jacob Laufer, Esq., has asked the Court to be relieved of the bail conditions that require home detention and monitoring; and

WHEREAS, the Government by Richard Faughnan, Esq., Assistant U.S. Attorney, has consented to this request; and

WHEREAS, the Court on December 20, 2005 heard oral argument with respect to the within application;

IT IS HEREBY ORDERED that defendant Nachman Lichter is relieved of the bail conditions requiring home detention and electronic monitoring.

Dated:   Brooklyn, New York
         December 21, 2005

                                    s/John Gleeson
                                    _____
                                    HON. JOHN GLEESON
                                    UNITED STATES DISTRICT JUDGE