**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JAN 25 2006 ★

**BROOKLYN OFFICE**

LAW OFFICES OF
LAUFER & HALBERSTAM, LLP
30 BROADWAY, Suite 1440
NEW YORK, NEW YORK 10006

JACOB LAUFER*
MICHAEL J. HALBERSTAM

TELEPHONE (212) 422-8500

FAX (212) 422-0038

* Also admitted in the District of Columbia

January 20, 2006

Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
via fax: (718) 260-2457

Granted
So Ordered
s/John Gleeson
USDJ
1-23-06

Re:  *United States v. Nachman Lichter*, 04 Cr. 558 (JG)

Dear Judge Gleeson,

I write on behalf of my client, defendant Nachman Lichter, to respectfully request modification of his bail conditions in two respects.

The first request, in connection with Mr. Lichter's work as a bus driver for Monsey Trails, is that he be permitted to make trips to Massachusetts and Vermont. He is able to earn considerably more compensation for such trips than for his ordinary commuter runs to Manhattan and Brooklyn.

The second request is that he be able to travel to Florida between January 30, 2006 and February 8, 2006. His children are off from school, and his wife and children will be staying in Florida with her parents. He would like to be able to be with his family. If granted permission, he will be staying at his in-laws, Mr. & Mrs. Grosz, who reside at 909 West 47th Street, Miami Beach, Florida 33140. Their telephone number is (305) 531-1047.

I have sought consent from A.U.S.A. Richard Faughnan, who has advised that the Government consents to these requests.

Very truly yours,

JACOB LAUFER

cc:  A.U.S.A. Richard T. Faughnan, via fax: (718) 254-6180
     Pre-trial Services Officer Robert Long, via fax: (718) 260-2658
     Pre-trial Services Officer Scott Kowal, via fax: (914) 390-4035

# LAW OFFICES OF
# LAUFER & HALBERSTAM, LLP.
### 39 BROADWAY, SUITE 1440
### NEW YORK, NEW YORK 10006

JACOB LAUFER\*  
MICHAEL J. HALBERSTAM

TEL (212) 422-8500  
FAX (212) 422-9038

\* Also admitted in the District of Columbia

## TELECOPIER TRANSMISSION

| TO: Honorable John Gleeson, U.S. District Judge | FROM: Jacob Laufer, Esq. |
|---|---|
| FAX NO: (718) 613-2456 | RE: U.S. v. Nachman Lichter, 04 Cr. 558 (JG) |
| DATE: January 20, 2006 | TIME: 10:50 a.m. | NUMBER OF PAGES (INCLUDING THIS PAGE): 2 | SENT BY: Marina |

☐ Hardcopy to follow via ☐ USPS; ☐ FedEx; ☐ Messenger.

MESSAGE:

cc: A.U.S.A Richard T. Faughnan, via fax (718) 254-6180;
Pre-trial Services Officer Robert Long, via fax (718) 260-2658;
Pre-trial Services Officer Scott Kowal, via fax (914) 390-4035

THIS MESSAGE AND ANY ENCLOSURES IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT, THIS WILL SERVE AS NOTICE TO YOU THAT ANY DISSEMINATION OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, OR HAVE ANY PROBLEMS, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE (212) 422-8500.